**Charles E. POSEY, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2008–3232.

United States Court of Appeals, Federal Circuit.

June 19, 2008.

*ORDER*

Charles E. Posey has moved for reconsideration of the court's order of May 30, 2008, 311 Fed.Appx. 328, 2008 WL 5638365.

Upon consideration thereof,

IT IS ORDERED THAT:

---

* Honorable Lee Yeakel, District Judge, United States District Court for the Western District of Texas, sitting by designation.

(1) Petitioner's request for reinstatement is granted.

(2) The court's May 30, 2008 order of dismissal and the mandate are, vacated and recalled, and the petition for review is reinstated.

(3) Petitioner's brief is due on or before July 10, 2008.